**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., ) <br> on behalf of plaintiff and ) <br> the class members defined herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHARMACY VIALS AND SUPPLIES CORP., ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) | 14-cv-4734 <br><br> Judge Ellis <br> Magistrate Judge Schenkier |

**FED.R.CIV.P. 41(a)(1)
NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Glen Ellyn Pharmacy, Inc. ("Plaintiff"), hereby dismisses its individual claims against Defendant, Pharmacy Vials and Supplies Corp., without prejudice, with each party bearing its own costs. Plaintiff's class claims against Defendant are dismissed without prejudice and without costs. This stipulation of dismissal disposes of the entire action.

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Michelle R. Teggelaar
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

  I, Dulijaza Clark, certify that on September 22, 2014, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following party:

 Pang Jingzhong
 1660 S. Oxnard Boulevard
 Oxnard, California 93030

            /s/ Dulijaza Clark
            Dulijaza (Julie) Clark


Daniel A. Edelman
Michelle R. Teggelaar
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)